UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                      CASE NO. 08-31878-PNS3
                                            CHAPTER 13
MARILYN VALERIA KILLETTE

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
<u>**OF UNCLAIMED FUNDS**</u>

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: BENEFICIAL FINANCE which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 394204 in the amount of 41.45 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

<pre>
                        /s/Leigh D. Hart or
                        /s/William J. Miller, Jr.
                            OFFICE OF THE CHAPTER 13 TRUSTEE
                            POST OFFICE BOX 646
                            TALLAHASSEE, FL 32302
                            ldhecf@earthlink.net
                            (850) 681-2734 "Telephone"
                            (850) 681-3920 "Facsimile"
</pre>

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

<pre>
MARILYN VALERIA KILLETTE     BENEFICIAL FINANCE
8550 STOCKDALE AVENUE        6601 NORTH DAVIS HIGHWAY
PENSACOLA,  FL  32514        SUITE 21
                             PENSACOLA, FL 32504
AND

KARIN A. GARVIN, ATTY.
220 W. GARDEN STREET, STE.
805
PENSACOLA, FL 32501
</pre>

on the same date as reflected on the Court's docket as the electronic filing date for this document.

<pre>
                        /s/Leigh D. Hart or
                        /s/William J. Miller, Jr.
6/30/2010 10:17 am / CR_213   OFFICE OF CHAPTER 13 TRUSTEE
</pre>