UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                             CASE NO. 08-31878-PNS3
                                                   CHAPTER 13
MARILYN VALERIA KILLETTE

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: BENEFICIAL FINANCE which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 396139 in the amount of 97.03 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

MARILYN VALERIA KILLETTE
8550 STOCKDALE AVENUE
PENSACOLA, FL 32514

AND

KARIN A. GARVIN, ATTY.
220 W. GARDEN STREET, STE. 805
PENSACOLA, FL 32501

BENEFICIAL FINANCE
6601 NORTH DAVIS HIGHWAY
SUITE 21
PENSACOLA, FL 32504

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

7/30/2010  1:30 pm / CR_213