UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                    CASE NO. 08-31878-PNS3
                                          CHAPTER 13
MARILYN VALERIA KILLETTE


_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: BENEFICIAL FINANCE which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 403437 in the amount of 84.02 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

<pre>
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
                              OFFICE OF THE CHAPTER 13 TRUSTEE
                              POST OFFICE BOX 646
                              TALLAHASSEE, FL 32302
                              ldhecf@earthlink.net
                              (850) 681-2734 "Telephone"
                              (850) 681-3920 "Facsimile"
</pre>

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

<pre>
MARILYN VALERIA KILLETTE      BENEFICIAL FINANCE
8550 STOCKDALE AVENUE         6601 NORTH DAVIS HIGHWAY
PENSACOLA,  FL  32514         SUITE 21
                              PENSACOLA, FL 32504
AND

KARIN A. GARVIN, ATTY.
220 W. GARDEN STREET, STE.
805
PENSACOLA, FL 32501
</pre>

on the same date as reflected on the Court's docket as the electronic filing date for this document.

<pre>
                               /s/Leigh D. Hart or
                               /s/William J. Miller, Jr.
11/30/2010  1:46 pm / CR_213      OFFICE OF CHAPTER 13 TRUSTEE
</pre>