```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF FLORIDA
                         PENSACOLA DIVISION
```

IN RE:                                         CASE NO. 08-31878-PNS3
                                               CHAPTER 13
MARILYN VALERIA KILLETTE

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: BENEFICIAL FINANCE which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 415770 in the amount of 39.80 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                         /s/Leigh D. Hart or
                         /s/William J. Miller, Jr.
                            OFFICE OF THE CHAPTER 13 TRUSTEE
                            POST OFFICE BOX 646
                            TALLAHASSEE, FL 32302
                            ldhecf@earthlink.net
                            (850) 681-2734 "Telephone"
                            (850) 681-3920 "Facsimile"
```

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| MARILYN VALERIA KILLETTE<br>8550 STOCKDALE AVENUE<br>PENSACOLA, FL 32514 | BENEFICIAL FINANCE<br>6601 NORTH DAVIS HIGHWAY<br>SUITE 21<br>PENSACOLA, FL 32504 |

AND

KARIN A. GARVIN, ESQUIRE
1801 W. GARDEN STREET
PENSACOLA, FL 32502

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                         /s/Leigh D. Hart or
                         /s/William J. Miller, Jr.
6/23/2011 1:26 pm / CR_213   OFFICE OF CHAPTER 13 TRUSTEE
```